UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ANTHONY ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER,<br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civil Action No. 3:10-CV-765 |

## FINAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES Robinson's objections (Doc. No. 16) and ADOPTS the Magistrate Judge's Report and Recommendation (Doc. No. 15) DENYING Robinson's Motion for Summary Judgment (Doc. No. 9), GRANTING the Commissioner of Social Security's Motion for Summary Judgment (Doc. No. 11), and AFFIRMING the Commissioner's decision denying benefits to Robinson.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
**United States District Judge**

ENTERED this 30 day of March 2012.